**Order entered September 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00378-CV

### TODD PRUETT, Appellant

### V.

### MARK STOLZ, ET AL., Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07463**

## ORDER

Before the Court are appellant's August 29, 2013 motion asking the Court to return his brief and appellant's September 6, 2013 motion requesting an extension of time to file his brief. Appellant tendered his brief to this Court on August 26, 2013, three days past the deadline. By letter dated September 9, 2013, the Court informed appellant that his brief was deficient and instructed him to file an amended brief within ten days of the date of the letter. We **GRANT** appellant's motion to return his brief. We **DIRECT** the Clerk of this Court to **STRIKE** the brief tendered to this Court by appellant on August 26, 2013 and to return the brief to appellant.

We treat appellant's motion for an extension of time to file a brief as a request for an extension of time to file an amended brief. We **GRANT** appellant's motion. Appellant shall file an amended brief correcting the deficiencies on or before **October 14, 2013**.

/s/     DAVID LEWIS
         JUSTICE